JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 2:24-cv-05258-CV (MAAx) |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) |
| v. | |
| PREMIUM REMODELING, INC., a California Corporation; JOSEPH SASTIEL, an individual; STEVE OROCIO, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| PREMIUM REMODELING, INC., a California Corporation, | |
| Counter-Claimant, | |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, and ROES 1 through 50, inclusive, | |
| Counter-Defendant. | |

1

On February 25, 2026, the Parties filed a Joint Stipulation for Voluntary Dismissal of Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court, having considered the Joint Stipulation for Voluntary Dismissal of Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been found, hereby GRANTS the Joint Stipulation for Voluntary Dismissal of Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and ORDERS as follows:

1.    This action is terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and is dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses. Accordingly, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  3/24/26      _Cynthia Valenzuela_

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2